FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

February 17, 2023

No. 04-22-00194-CV

Jerry A. **GUZZETTA**,
Appellant

v.

**BRIMHALL LQ, LLC** d/b/a La Quinta Hotel,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-14775
Honorable John D. Gabriel Jr., Judge Presiding

# O R D E R

Appellant filed a reply brief on February 10, 2023. *See* TEX. R. APP. P. 38.3. Intervenor Stolmeier filed a sur-reply on February 16, 2023. *Contra* 4TH TEX. APP. (SAN ANTONIO) LOC. R. 8.4; *In re KFC USA, Inc*., No. 05-98-01116-CV, 1998 WL 427284, at *1 (Tex. App.—Dallas July 30, 1998, no pet.) (not designated for publication) ("The rules of appellate procedure do not permit a 'sur-reply.'"). We hereby **strike** Intervenor Stolmeier's sur-reply.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of February, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court